

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-20-00375-CV

| | | |
|---|---|---|
| ALICIA FERNANDEZ, HASAN HASHMI, AND SULEMAN F. HASHMI, Appellants | § | On Appeal from the 393rd District Court |
| | § | of Denton County (19-7694-393) |
| V. | § | October 7, 2021 |
| INDEPENDENT BANK, Appellee | § | Memorandum Opinion by Justice Birdwell |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

It is further ordered that Appellants Alicia Fernandez, Hasan Hashmi, and Suleman F. Hashmi shall pay all of the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By   /s/ Wade Birdwell
Justice Wade Birdwell